JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AVANTI EZZANI-KOTUN,<br><br>            Plaintiff,<br><br>     v.<br><br>CITY OF INGLEWOOD, et al.,<br><br>            Defendants. | Case No. CV 12-9920-MMM (OP)<br><br>J U D G M E N T |

IT IS ADJUDGED that this action is dismissed without prejudice.

DATED: May 24, 2014

HONORABLE MARGARET M. MORROW
Chief United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge